**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>BRIAN M. DAVIS,<br><br>        Defendant. | 8:04CR432<br><br>ORDER |

     Defendant Brian M. Davis (Davis) appeared before the court on October 17, 2016, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 157. Davis was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Susan T. Lehr. Through his counsel, Davis waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find the Petition alleges probable cause and Davis should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

     The government moved for detention. At the time of the hearing, Davis was in the custody of Iowa state correctional authorities. The motion was held in abeyance pending Davis coming into federal custody. Davis waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Iowa state correctional authorities pending his dispositional hearing in these proceedings.

     **IT IS ORDERED**:

     A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:00 a.m. on December 8, 2016.** Defendant must be present in person.

     DATED this 17th day of October, 2016.

                                                     BY THE COURT:

                                                   s/ Thomas D. Thalken
                                                   United States Magistrate Judge