# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiffs,<br><br>vs.<br><br>**BRIAN M. DAVIS**<br><br>**Defendant.** | **8:04CR432**<br><br>**ORDER** |

The Government has filed a Motion to Dismiss [Filing No. 199] the Petition for Offender Under Supervision [Filing No. 182]. The Motion will be granted.

IT IS ORDERED:

1. The Government's Motion to Dismiss [Filing No. 199] is granted; and

2. The Petition for Offender Under Supervision [Filing No. 182], is dismissed, without prejudice.

Dated this 5th day of August 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge